**UNITED STATES DISTRICT COURT**
**for the Eastern District of Virginia**
**Norfolk Division**

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.:     2:19cr6

INGRAM COX                    **ORDER STRIKING PLEADINGS**

The Clerk has received your Letter Motion to Appoint Counsel (ECF No.160); however, it is deficient in the area(s) checked below:

[  ]    Document does not have an address where notice can be served [Local CR Rule 47 (B)]

[  ]    Document is not signed [F.R. Crim. P. 49(b)(4)]

[  ]    Attorney not admitted to practice in Eastern District of Virginia [Local Rule 57.4 (D)]

[  ]    Local attorney has not signed [Local Civil Rule 83.1 (3)]

[X]    No Certificate of Service on the U.S. Attorney, 101 West Main Street, Suite 8000, Norfolk, VA 23510; or explanation why service is not required (and F.R. Crim. P. 49(a) and (b) and F.R.Civ.P. 5(d)).

[  ]    Other:

The defendant is advised that if he wishes the court to consider his submission, it must be resubmitted with the deficiency corrected within thirty (30) days of the date of this order or it will be stricken from the record.

                                        /s/
                                    Rebecca Beach Smith
                                    Senior United States District Judge

                        _____
                        Rebecca Beach Smith, U.S. District Judge

Dated: January 8, 2021